LAW OFFICES OF
# SIDNEY L. GOLD & ASSOCIATES
A PROFESSIONAL CORPORATION

1835 MARKET STREET, SUITE 515
PHILADELPHIA, PA 19103
(215) 569-1999   FAX (215) 569-3870

SIDNEY L. GOLD ** ++
TRACI M. GREENBERG*
NEELIMA VANGURI*
WILLIAM RIESER*
VALERIE WEISMAN BURRITT*
BRIAN C. FARRELL*
JAMIE L. FORD*

\* ALSO ADMITTED IN NEW JERSEY
\*\* ALSO ADMITTED IN NEW YORK
++ ALSO ADMITTED IN DISTRICT OF COLUMBIA

December 6, 2016

**Via ECF**

The Honorable Christopher C. Conner
U.S. District Court for the
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

    RE:    **Shannon Garcia v. BCD Travel USA LLC**
            **MDPA, Civil Action No.: 1:16-cv-00989-CCC**

Dear Judge Conner:

    The purpose of this letter is to inform Your Honor that the parties to the above-referenced action have reached a tentative settlement, pending the parties' execution of a settlement agreement and release.

    We will inform the Court once the settlement is finalized so that a 41.1(b) Order can be entered.

    Thank you for your attention herein.

                        Respectfully,

                        /s/Sidney L. Gold

                        SIDNEY L. GOLD

SLG/dd
cc:    Mark T. Phillis, Esquire
        Allison R. Brown, Esquire