IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNON GARCIA, | : | C.A. No.: 1:16-cv-00989-ccc |
| **Plaintiff** | : | |
| v. | : | |
| BCD TRAVEL USA LLC, | : | **JURY TRIAL DEMANDED** |
| **Defendant** | : | |

## STIPULATION AND ORDER OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. This Court will retain jurisdiction for purposes of any further, related proceedings involving the parties. Each party will bear its own costs.

By: _/s/_
Sidney L. Gold, Esquire
Traci M. Greenberg, Esquire
SIDNEY L. GOLD & ASSOC., P.C.
1835 Market Street, Suite 515
Philadelphia, PA 19103
Tel: (215) 569-1999
Fax: (215) 569-3870
sgold@discrimlaw.net
tgreenberg@discrimlaw.net

Attorney for Plaintiff,
Shannon Garcia

Respectfully submitted,
By: _/s/ Mark T. Phillis_
Mark T. Phillis (pro hac)
Allison R. Brown
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Tel: (412) 201-7636/7678
Fax: (412) 774-1956/2068
mphillis@littler.com
arbrown@littler.com

Attorneys for Defendant,
BCD Travel USA LLC

Dated: January 10, 2017

**SO ORDERED**

_____
U.S.D.J.

Firmwide:144177957.2 024077.1028