# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHANNON GARCIA,                     :       C.A. No.: 1:16-cv-00989-ccc

                    Plaintiff   :

       v.                           :

BCD TRAVEL USA LLC,                 :       **JURY TRIAL DEMANDED**

                    Defendant   :

## STIPULATION AND ORDER OF DISMISSAL

The parties to the above-captioned civil action, by their undersigned counsel

and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby

stipulate to the dismissal with prejudice of this civil action.  This Court will retain

jurisdiction for purposes of any further, related proceedings involving the parties.

Each party will bear its own costs.

By: _____
    Sidney L. Gold, Esquire
    Traci M. Greenberg, Esquire
    SIDNEY L. GOLD & ASSOC., P.C.
    1835 Market Street, Suite 515
    Philadelphia, PA 19103
    Tel: (215) 569-1999
    Fax: (215) 569-3870
    sgold@discrimlaw.net
    tgreenberg@discrimlaw.net

    Attorney for Plaintiff,
    Shannon Garcia

Respectfully submitted,
By: _/s/ Mark T. Phillis_____
    Mark T. Phillis (pro hac)
    Allison R. Brown
    LITTLER MENDELSON, P.C.
    625 Liberty Avenue, 26th Floor
    Pittsburgh, PA 15222
    Tel: (412) 201-7636/7678
    Fax: (412) 774-1956/2068
    mphillis@littler.com
    arbrown@littler.com

    Attorneys for Defendant,
    BCD Travel USA LLC

Dated:  ___January 10_____, 2017

**SO ORDERED**

_____
U.S.D.J.

Firmwide:144177957.2 024077.1028

FILED
HARRISBURG, PA
JAN 1 1 2017
PETER WELSH, Acting
, CLERK
Per